# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**RICKY LEE PINSKY**

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: 07-101-FJL

FILED by _____ D.C.

DEC 20 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 26, 2007, in St. Lucie County, in the Southern District of Florida, the defendant,

> did knowingly distribute a visual depiction that has been mailed or has been shipped or transported in interstate commerce, by any means, including by computer, the production of which visual depiction involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such sexually explicit conduct,

in violation of Title 18 United States Code, Section 2252(a).

I further state that I am a Special Agent, Department of Homeland Security, Immigration and Customs Enforcement (ICE) and that this complaint is based on the following facts:

**PLEASE SEE ATTACHED AFFIDAVIT.**

Continued on the attached and made a part hereof:    X   YES ___ NO

Signature of Complainant
CHRISTOPHER HARVEY
Special Agent
Department of Homeland Security,
Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence,

December 20, 2007                    at  Fort Pierce, Florida
Date                                     City and State

FRANK J. LYNCH, Jr.
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer       Signature of Judicial Officer

**AFFIDAVIT
OF
CHRISTOPHER HARVEY
SPECIAL AGENT
IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Christopher Harvey, being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), presently assigned to the Office of the Resident Agent in Charge, Fort Pierce, Florida, having been so since March 2003. Prior to this assignment, I was employed by the U.S. Customs Service, as both a Special Agent and a Marine Enforcement Officer since 1998. Prior to that I was a deputy sheriff since 1996. As part of my daily duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and as part of my duties have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256)[1] in all forms of media, including

---

[1] "Child Pornography means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; [or] (A) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image,

computer media. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the United States Customs Service Basic Enforcement School, where I received extensive training in the investigation of child pornography. I have also received training in the area of crimes against children and child pornography at the ICE Cyber Smuggling Center (C3) in Fairfax, Virginia, as well as attending several training conferences hosted by the Department of Juvenile Justice (DOJJ) and the National Center for Missing and Exploited Children (NCMEC).

2. I am familiar with the information contained in this affidavit based upon the investigation I have conducted, and conversations I have had with other law enforcement officers who have engaged in numerous investigations involving child pornography.

3. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Ricky Lee Pinsky violated 18 U.S.C.

---

computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct." 18 U.S.C. § 2256(8).

§ 2252(a), which makes it a crime to distribute child pornography. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

4. Terms included in this affidavit are:

Instant Message (IM): Where two individuals can communicate in text privately.

Chat room: Where members of a specific Internet service provider, in this case America Online (AOL), can communicate in text message where other members in the chat room can observe and communicate.

Electronic mail (Email): An electronic message that you can send to an individual(s) and attach images and or other data.

5. Det. Spector will be referred to as "undercover" (UC) in this affidavit. It should be noted that during the conversations that follow, Det. Spector was communicating from St. Lucie County, in the Southern District of Florida, using America Online (AOL), whose servers are located in the State of Virginia. According to AOL, all communications on their network travel from the origination point, through AOL's servers in Virginia, and on to their destination.

6. Neil Spector is a detective with the St. Lucie County Sheriff's Office, Criminal Investigations Division. Det. Spector is a member of the LEACH Task Force, which is a combined force of local, state, and federal law enforcement officers who pro-actively

3

investigate child pornography and child exploitation on the Internet. Det. Spector provided me with the following facts and events.

7. On November 26, 2007, the undercover was in an AOL chat room called "cuties". From previous investigations, the undercover is aware that this particular chat room is utilized by individuals to communicate with others about arranging sexual encounters with children, and the distribution of child pornography. The undercover noticed the suspect's screen name of "PoolteamMVP" inside the chat room and the suspect wrote, "list me". This computer lingo is common when people want to receive or distribute images over the Internet.

8. On November 26, 2007, at 5:29 p.m., the suspect initiated an instant message with the undercover by writing "hi". The undercover introduced himself and the suspect wrote "how old is ur dau". The undercover indicated to the suspect that his daughter was eleven years old, and the suspect requested pictures of the child. The suspect introduced himself as "Rick" from Davie, Florida and stated that he wanted to trade pictures, again requesting images of the undercover's daughter. The undercover asked the suspect what his interests were, to which the suspect responded "pics of yg". The undercover sent the suspect, via electronic mail on AOL, an image of a clothed female Sheriff's

4

Deputy when she was eleven years old. After receiving this image, the suspect requested nude images of the undercover's child.

9. The suspect then transmitted to the undercover, via electronic mail, an image of two nude females, one who appears to be under the age of twelve and the other who appear to be under the age of sixteen. The children are standing up holding a metal bar.

10. The suspect and the undercover then exchanged phone numbers via instant messaging, with the suspect providing the phone number 954-328-0035. The suspect then called the undercover on the number the undercover had provided, and the caller ID reflected the number listed above, along with the name Todd Pinsky. During the call, the suspect introduced himself as "Rick" from Davie, Florida. He then asked the undercover if he was a "cop". The suspect described himself as a forty-six year old male, who works in a print shop, and advised that he shoots pool and is involved in numerous pool leagues. The suspect said that he didn't have children, but likes to view young images. The suspect also said that he hasn't experienced young children yet, but stated that he "looked but it's hard because the ones that are in the neighborhood I don't want to deal with because of their parents". During the conversation, the suspect stated that approximately 18 months ago, he had sex with a 17-year-old female he met at a pool hall. The suspect indicated that he likes to go alone to the fair because,

5

"parents leave their kids alone", and stated that he liked looking at the young ones, preferably children over the age of ten, because they're "starting to develop". The suspect stated that he had numerous pictures of all ages on his computer, some young and some older. During the conversation, the undercover indicated that he collects child pornography, and asked the suspect if he had action images of young children.

11. While on the telephone, the suspect sent the undercover several images via electronic mail on AOL. The first electronic email is dated November 26, 2007 and was sent at 5:38:29 p.m. The image depicts a female child that appears to be between the ages of twelve and fifteen. The child is wearing a red shirt and pink undergarments. The undergarments are moved to the side, exposing the child's vagina area. The child is positioned on her knees with her legs spread apart. This image is lewd and lascivious in nature and would be considered child pornography under federal guidelines.

12. On the same date, at 5:49:23 p.m., the suspect sent the undercover another electronic mail with an image depicting a nude adult male standing on a bed, next to a nude female child that appears to be approximately twelve years old. The adult male's penis is inside the child's mouth. This image is lewd and lascivious in nature and would be considered child pornography under federal guidelines.

13. On the same date, at 5:51:22 p.m., the suspect sent the undercover an electronic mail with an image of a nude child that appears to be approximately twelve years old sitting on top of a nude adult male. The male's penis is inside the child's vagina. This image is lewd and lascivious in nature and would be considered child pornography under federal guidelines.

14. At the time he was transmitting these images to the undercover, the suspect stated that he was at home, and was using his mother's computer, as his was broken. He also advised that he lives with his mother. The suspect told the undercover that he keeps images categorized on his computer. During the conversation, the suspect indicated he had over 1000 images, some of which depicted young children, and he bragged that he could send a lot of different pictures to the undercover. The undercover told the suspect that if he ever traveled to Port St. Lucie, he should contact the undercover so they could meet for a drink. The suspect stated that he wanted to meet the undercover and the undercover's daughter. He also wanted to send images of himself to the undercover so the undercover should show these images to his daughter. The suspect went on to state that his cell phone was in his brother Todd's name, but that his name was Rick. This phone conversation was digitally recorded and preserved for evidentiary purposes.

15. On November 27, 2007, the undercover sent a subpoena to America Online for subscriber information and IP connection information for the suspect's screen name. The information received from AOL indicated that the suspect's screen name of "PoolteamMVP" is billed to Rick Pinsky, of 1101 SW 110th Lane in Davie, Florida. The suspect's detailed billing information reveals that suspect's screen name was on-line during the time period described in this affidavit.

16. Also on that date, the undercover conducted a background investigation of the suspect's name and phone number. He learned that an individual named Todd Pinsky, who lives in Boca Raton, Florida, has a brother named Ricky Lee Pinsky, who lives at 1101 SW 110th Lane in Davie, Florida. Ricky Pinsky is employed as a printer and lives with his mother, Janet Pinsky. This information is consistent with information received from the suspect during the internet instant messaging and telephone call between the suspect and the undercover. At that time, the undercover contacted the Broward County Sheriff's Office and the Davie Police Department and requested their assistance in this investigation.

17. On November 27, 2007, at 6:47 p.m., the undercover was again on-line in an AOL chat room when he noticed the suspect was also online and initiated an instant message with him. The suspect

8

indicated that he was getting ready to leave his residence and would be back on-line the next day at approximately 5:00 pm.

18. On November 28, 2007, the undercover contacted Detective Christopher Chastain of the Davie Police Department, and asked Detective Chastain to conduct an undercover "ruse" while the undercover was communicating with the suspect, so the undercover could determine if the suspect was at the 110th Lane address in Davie while they were communicating. At 6:11 p.m., the undercover was online utilizing AOL when the suspect sent him an instant message. During the chat, the undercover sent the suspect additional images of his "daughter", (more pictures of the female sheriff's deputy when she was a child). While communicating with the suspect, the undercover notified Detective Chastain, who was conducting surveillance at the suspect's residence of 1101 SW 110th Lane, Davie, Florida. Detective Chastain confirmed through an undercover "ruse" that the suspect, Ricky Pinsky, was at this residence while he was chatting with the undercover.

19. On December 3, 2007, Detective Spector obtained State of Florida arrest warrant for the suspect, Ricky Pinsky, charging him with three counts of transmission of child pornography, in violation of Florida State Statue 847.0137.

20. On December 5, 2007, Detective Spector and members of the South Florida Internet Crimes Against Children (ICAC) Task Force,

9

including your affiant, served a search warrant at Ricky Pinsky's residence in Broward County, Florida. Ricky Pinksy was arrested by the Davie Police Department when he arrived home. Detective Spector read Ricky Pinsky his Miranda Warning, which he stated he understood. Pinsky refused to make a statement, and was transported to the Broward County Jail for processing. His computer was seized for processing. Pinsky is currently in custody at the St. Lucie County Jail.

Further, your affiant sayeth naught.

Christopher Harvey
Special Agent
Immigration and Customs Enforcement

Sworn and subscribed to before me this _20_ day of December 2007.

FRANK J. LYNCH, Jr.
UNITED STATES MAGISTRATE JUDGE